**BALDASSARE & MARA, LLC**
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
T: (973) 604-6686
F: (973) 556-1071
E: JMara@mabalaw.com

**SCHWARTZ | BRESLIN, PLLC**
The DuPont Building, 169 East Flagler Street, Suite 700
Miami, Florida 33131
T: 305-577-4626
F: 305-577-4630
E: JB@JSJB.Law  |  EService@JSJB.Law

*Attorneys for Plaintiffs*
*FVP Servicing, LLC,*
*FVP Opportunity Fund III, LP,*
*and FVP Investments LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter 11 |

### CERTIFICATION OF SERVICE

1. I, Jennifer Mara, Esq., represent the plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC in this adversary proceeding.

2. On July 6, 2026, I sent a copy of the Summons and Notice of Pretrial Conference and the Complaint to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: July 6, 2026                              /s/ Jennifer Mara

2

| Name and Address of Party Served | Relationship to Case | Mode of Service |
| --- | --- | --- |
| Avrumi Lubin a/k/a Josh Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Pro Se Defendant-Debtor | [X] Regular (first-class) mail<br>Fed. R. Bankr. P. 7004(b)(9) |
| Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | [X] Regular mail / CM/ECF |

Service of the summons and complaint by first-class mail is authorized in adversary proceedings under Fed. R. Bankr. P. 7004(b), and on an individual under Rule 7004(b)(1).