FILED:BANKRUPTCY:NJ
2026 JUL 30 PM3:48:28

**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Debtor-in-Possession and Defendant, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**In re:**
**AVRUMI LUBIN,**
Debtor.

**Case No. 26-17342 (EJO)**
Chapter 11
Hon. Eamonn J. O'Hagan

---

**FVP INVESTMENTS, LLC, FVP OPPORTUNITY FUND III, LP, and FVP SERVICING, LLC,**
Plaintiffs,
v.
**AVRUMI LUBIN,**
Defendant.

**Adv. Pro. No. 26-01315 (EJO)**
Hearing Date: August 20, 2026 at 10:00 a.m.

---

**NOTICE OF MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND FOR CONDITIONAL ADJOURNMENT OF THE PRETRIAL CONFERENCE**

TO: All counsel of record and parties in interest.

PLEASE TAKE NOTICE that on August 20, 2026 at 10:00 a.m., or such other date and time as the Court may set, the undersigned Defendant, appearing pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an Order under Federal Rules of Bankruptcy Procedure 7012(a) and 9006(b)(1) extending Defendant's time to answer or otherwise respond to the Complaint through and including September 21, 2026, or such shorter period as the Court

deems just, and conditionally adjourning the pretrial conference scheduled for September 10, 2026, as set forth in the proposed Order submitted with this Motion.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, Defendant will rely on the accompanying Certification of Avrumi Lubin with Exhibit A and the accompanying Memorandum of Law. This Motion is filed before the August 5, 2026 response deadline fixed by the summons.

PLEASE TAKE FURTHER NOTICE that objections, if any, must be filed with the Clerk and served not later than seven (7) days before the hearing date in accordance with D.N.J. LBR 9013-2.

PLEASE TAKE FURTHER NOTICE that if no objection is timely filed and served, the Motion may be deemed uncontested and may be decided on the papers without a hearing in accordance with the Court's procedures.

Dated: July 30, 2026

AVRUMI LUBIN
Debtor-in-Possession and Defendant, Pro Se