FILED:BANKRUPTCY:NJ
2026 JUL 30 PM3:48:38

**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Debtor-in-Possession and Defendant, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**In re:**
**AVRUMI LUBIN,**
Debtor.

**Case No. 26-17342 (EJO)**
Chapter 11
Hon. Eamonn J. O'Hagan

**FVP INVESTMENTS, LLC, FVP OPPORTUNITY FUND III, LP, and FVP SERVICING, LLC,**
Plaintiffs,
v.
**AVRUMI LUBIN,**
Defendant.

**Adv. Pro. No. 26-01315 (EJO)**
Hearing Date: August 20, 2026 at 10:00 a.m.

## CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND AND FOR CONDITIONAL ADJOURNMENT OF THE PRETRIAL CONFERENCE

I, Avrumi Lubin, of full age, hereby certify as follows:

1. I am the Debtor and Debtor-in-Possession in the underlying Chapter 11 case and the Defendant in this adversary proceeding. I appear pro se. I make this certification from personal knowledge in support of the accompanying Motion.

2. The summons in this proceeding was issued on July 6, 2026. It requires a motion or answer within thirty days after issuance — August 5, 2026 — and schedules a pretrial conference for September 10, 2026 at 2:00 p.m. in Courtroom 2.

3. I filed my Chapter 11 petition on June 25, 2026 and remain self-represented. My sworn description of my efforts to retain counsel is at Main Case Dkt. 44-3 ¶ 14: within roughly three weeks I contacted or met with six firms; firms cited capacity or bandwidth limitations; another quoted a substantial six-figure retainer. Those efforts continue.

4. Between now and the current response deadline and in the weeks immediately following it, I must also prepare for the August 6, 2026 hearing on Plaintiffs' supplemental stay-relief motion (Main Case Dkt. 33), attend the meeting of creditors under 11 U.S.C. § 341, originally set for July 22, now July 31, 2026 (Main Case Dkt. 46), prepare the sworn declaration required by Main Case Dkt. 55 by August 27, 2026, prepare for the September 3, 2026 hearing on Main Case Dkt. 13, and respond to a second adversary proceeding commenced against me on July 22, 2026 by a different creditor.

5. On the evening of July 18, 2026, I emailed Plaintiffs' counsel requesting consent to a first extension of my response time through September 21, 2026, and stated that I would note any consent in this Motion. Later that same evening, Plaintiffs' counsel replied in writing, declining consent and stating opposition to any extension. A true and correct copy of that e-mail exchange is attached as Exhibit A, reproduced as received; the file attachments transmitted with counsel's reply (copies of Main Case Dkt. 13, the Dkt. 15 exhibits, and a hearing-calendar printout) are omitted from the exhibit as duplicative of the docket.

6. This is my first request for an extension of any deadline in this proceeding. It is made before the response deadline expires, in good faith, and not for purposes of delay. The Complaint seeks a determination of non-dischargeability under 11 U.S.C. § 523(a); responding to it properly raises issues on which I reasonably require counsel or, at minimum, adequate time.

7. I request an extension through and including September 21, 2026. If the Court grants a shorter extension that ends before September 10, 2026, the pretrial conference can remain as scheduled. If the response date falls on or after September 10, 2026, I respectfully ask that the pretrial conference be adjourned to a date after the response is due, so the pleadings are closed before it is held.

I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: July 30, 2026

AVRUMI LUBIN
Debtor-in-Possession and Defendant, Pro Se

# EXHIBIT A

July 18, 2026 e-mail exchange: Defendant's request for consent to a first extension of time to respond, and Plaintiffs' counsel's reply declining consent

*Reproduced from Defendant's e-mail account. Formatting simplified for legibility; text unaltered. The file attachments transmitted with counsel's reply (copies of Main Case Dkt. 13, the Dkt. 15 exhibits, and a hearing-calendar printout) are omitted as duplicative of the docket.*

**MESSAGE 1 OF 2**

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Saturday, July 18, 2026, 7:42 PM (ET)
**To:** Jennifer Mara <jmara@mabalaw.com>; Jerry Breslin <jb@jsjb.law>
**Subject:** In re Lubin, No. 26-17342-EJO / Adv. Pro. No. 26-01315 — consent to extension of time to respond to complaint

Counsel:

Under Fed. R. Bankr. P. 7012(a), my time to answer, move, or otherwise respond to the complaint in Adv. Pro. No. 26-01315 runs thirty days from issuance of the summons — conservatively computed, on or about August 3, 2026. Between the schedules deadline (July 23), the § 341 meeting (July 22), the August 6 hearing on your clients' motions, and my ongoing efforts to retain counsel, I am asking for your clients' consent to a first extension of my time to respond, through and including September 21, 2026, so that the counsel I retain has time to get up to speed before responding.

I plan to file a short motion on Monday, July 20. If you consent, I will note your consent in the motion; a proposed order is attached for your review. Please let me know by Monday morning if possible.

Thank you,
Avrumi Lubin, Debtor and Debtor-in-Possession, Pro Se
(732) 608-4905 · josh@tetonfunding.com

**MESSAGE 2 OF 2**

**From:** Jerry Breslin <jb@jsjb.law>
**Sent:** Saturday, July 18, 2026, 8:54 PM (ET)
**To:** Josh Lubin <josh@tetonfunding.com>; Jennifer Mara <jmara@mabalaw.com>
**Cc:** Alan Karten <alankartenlaw@gmail.com>; Jonathan Schwartz <js@jsjb.law>; SchwartzBreslin EService <eservice@jsjb.law>; Keith Lee <klee@feenixpartners.com>
**Subject:** RE: In re Lubin, No. 26-17342-EJO / Adv. Pro. No. 26-01315 — consent to extension of time to respond to complaint -OPPOSED - DO NOT CONSENT
**Attachments:** 26-17342-EJO 13.zip; 26-17342-EJO 15 Exibits to 13.zip; US Bankruptcy Court NJ - Live Database Hearings.pdf *[omitted from this exhibit]*

Mr. Lubin, on behalf of the Adversary Plaintiffs, the Adversary Plaintiffs respectfully oppose any motions of any description to delay the Bankruptcy Proceedings.

The position of the FVP Parties as Creditors and Adversary Plaintiffs are outlined in Docket Entry 13 – which includes the exhibits at Docket Entry 15 – the motion to vacate

the bankruptcy filing, dismiss the filing with prejudice and enjoin you from filing any other bankruptcy petition for two years to preclude the tactical use of the bankruptcy law to preclude the FVP Parties from collecting on their debt.

This is scheduled for hearing together with the continued order to show cause for Thursday at 2 pm.

Which was addressed at the hearing last week.

So attached is the FVP Parties motions, exhibits, and memorandums on the subject.

To the extent that you want to agree to the relief requested in Docket Entry 13, the FVP Parties will agree to an agreed order vacating your bankruptcy filing with prejudice and enjoining you re–filing for two years.

So please understand that the FVP Parties oppose – and do not consent – to any continuances or delays of any kind.

If you file a motion, the FVP Parties will file a response with their opposition.

Respectfully,

**Jerry Breslin, Attorney at Law**
Email: JB@JSJB.Law
Service of Court Documents - Eservice@JSJB.Law
SEND AND COPY ALL SCHEDULING EMAILS TO JEAN@JSJB.LAW
**Schwartz I Breslin PLLC**, Attorneys at Law
The DuPont Building, Suite 700, 169 East Flagler Street, Miami, Florida 33131
Tel: 305-577-4626 · Fax: 305-577-4630

*[Firm confidentiality-notice boilerplate omitted for brevity; no substantive text omitted.]*