**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Debtor-in-Possession and Defendant, Pro Se

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**In re:**
**AVRUMI LUBIN,**
Debtor.

**Case No. 26-17342 (EJO)**
Chapter 11
Hon. Eamonn J. O'Hagan

**FVP INVESTMENTS, LLC, FVP OPPORTUNITY FUND III, LP, and FVP SERVICING, LLC,**
Plaintiffs,
v.
**AVRUMI LUBIN,**
Defendant.

**Adv. Pro. No. 26-01315 (EJO)**
Hearing Date: August 20, 2026 at 10:00 a.m.

**ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT AND CONDITIONALLY ADJOURNING THE PRETRIAL CONFERENCE**

The relief set forth on the following pages, numbered two (2) through two (2), is hereby ORDERED.

Upon the Motion of Defendant Avrumi Lubin, the Debtor and Debtor-in-Possession, appearing pro se, for an order extending his time to respond to the Complaint and conditionally adjourning the pretrial conference; and the Court having considered the Motion, the Certification of Avrumi Lubin with Exhibit A, the Memorandum of Law, and any opposition; and the Motion having been filed before the expiration of the response period fixed by the summons; and good cause appearing under Federal Rule of Bankruptcy Procedure 9006(b)(1); it is hereby ORDERED:

1. Defendant's time to answer or otherwise respond to the Complaint is extended through and including September 21, 2026.

2. If the response date set by paragraph 1 falls on or after September 10, 2026, the pretrial conference scheduled for September 10, 2026 at 2:00 p.m. is adjourned to a date after the response date to be set by the Court: ___________________, 2026 at ___________. If the response date set by paragraph 1 precedes September 10, 2026, the pretrial conference remains as scheduled.

3. All of Defendant's defenses, objections, and responses to the Complaint are preserved, and nothing in this Order determines any issue raised by the Complaint.