FILED-BANKRUPTCY-NJ
2026 JUL 30 PM 3:49:11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

**AVRUMI LUBIN**
1460 Arboretum Parkway
Lakewood, NJ 08701
(718) 570-3796
josh@tetonfunding.com
Debtor and Debtor-in-Possession, Pro Se

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01315-EJO |
| Hearing Date: | August 20, 2026 at 10:00 a.m. |
| Judge: | Hon. Eamonn J. O'Hagan |

In Re:
**AVRUMI LUBIN a/k/a Josh Lubin**

**CERTIFICATION OF SERVICE**

1. I, Avrumi Lubin :

[ ] represent ______________________ in this matter.
[ ] am the secretary/paralegal for ___________________, who represents ______________________ in this matter.
[X] am the Debtor and Debtor-in-Possession, Pro Se in this case and am representing myself.

2. On July 30, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
Motion to Extend Time to Respond: Notice of Motion; Certification of Avrumi Lubin with Exhibit A; Memorandum of Law; and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: July 30, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Ave., Suite 101<br>Roseland, NJ 07068 | Counsel of record for Plaintiffs | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RR<br>[ ] Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrell Breslin, Esq.<br>Schwartz \| Breslin, PLLC<br>The DuPont Building<br>169 E. Flagler St., Suite 700<br>Miami, FL 33131 | Co-counsel for Plaintiffs | [ ] Hand-delivered<br>[X] Regular mail<br>[ ] Certified mail/RR<br>[ ] Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |