Order Filed on September 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN A/K/A JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Eamonn J. O'Hagan |
| FVP Investments LLC et al.,<br><br>Plaintiffs,<br>v.<br>AVRUMI LUBIN,<br>Defendant. | Adv. Pro. No.: 26-01315-EJO |

**ORDER EXTENDING RESPONSE DEADLINE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon consideration of the Motion Extend Time re: To Respond to the Complaint and for Conditional Adjournment of the Pretrial Conference [ECF No. 4] filed by Avrumi Lubin (the "Defendant"), acting *pro se*, and for good cause shown;

It is HEREBY ORDERED that:

1. The deadline to respond to the Complaint is extended to October 22, 2026.
2. The pretrial conference has been adjourned to October 22, 2026 at 10:00 a.m.