**BALDASSARE & MARA, LLC**
Jennifer Mara, Esq.
75 Livingston Avenue, Suite 101
Roseland, NJ 07068
(973) 604-6686
jmara@mabalaw.com
Attorneys for FVP Servicing, LLC, FVP Investments LLC
and FVP Opportunity Fund III, LP

— and —

**BRESLIN | TRIAL PRACTICE PLLC**
Jerrell Breslin, Esq. (admitted pro hac vice)
1132 SE 3rd Avenue
Ft. Lauderdale, FL 33316
754-946-5327
Jerry@Breslin.Law
Co-Counsel for FVP Servicing, LLC, FVP Investments LLC
and FVP Opportunity Fund III, LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

| | |
|---|---|
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN,<br><br>Debtor. | Case No. 26-17342 (EJO)<br><br>Chapter 11<br><br>Hon. Eamonn J. O'Hagan |

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION OF CO-COUNSEL ADMITTED PRO HAC VICE**

Creditors FVP Servicing, LLC, FVP Investments LLC and FVP Opportunity Fund III, LP (the "FVP Parties"), by and through their undersigned local counsel, Baldassare & Mara, LLC, give notice pursuant to D.N.J. LBR 2002-1(b) and Fed. R. Bankr. P. 2002(g) that the firm affiliation, mailing address, telephone number and e-mail addresses of their co-counsel admitted

pro hac vice, Jerrell Breslin, Esq. (Order entered July 10, 2026, Doc. 27), have changed, effective October 1, 2026, as follows:

**Former contact information (no longer in use):**

| | |
|---|---|
| Firm: | Schwartz \| Breslin PLLC |
| Address: | The DuPont Building, 169 East Flagler Street, Suite 700, Miami, FL 33131 |
| Telephone: | 305-577-4626 |
| E-mail: | jb@jsjb.law; eservice@jsjb.law |

**Current contact information:**

| | |
|---|---|
| Firm: | Breslin \| Trial Practice PLLC |
| Address: | 1132 SE 3rd Avenue, Ft. Lauderdale, FL 33316 |
| Telephone and fax: | 754-946-5327 |
| Primary e-mail: | Jerry@Breslin.Law |
| Secondary e-mail (service): | Eservice@Breslin.Law |
| Secondary e-mail (scheduling): | Jean@Breslin.Law |
| Website: | www.JerryBreslin.com |

Jerrell Breslin, Esq. is no longer affiliated with Schwartz | Breslin PLLC, which has dissolved. He continues as co-counsel for the FVP Parties in this case, and this Notice does not withdraw, substitute or otherwise affect the appearance of any counsel. Baldassare & Mara, LLC remains local counsel of record for the FVP Parties in accordance with D.N.J. LBR 9010-1(b)(4). The former e-mail addresses jb@jsjb.law and eservice@jsjb.law are no longer monitored and should be removed from the CM/ECF notice distribution for this case.

The FVP Parties respectfully request that the Clerk update the docket and the CM/ECF records for Jerrell Breslin, Esq. to reflect the current contact information set forth above, and that all parties and counsel direct all future notices, service and correspondence intended for Mr. Breslin to the current address and e-mail addresses listed above, with a copy to local counsel.

Dated: October 13, 2026.

**BALDASSARE & MARA, LLC**
Attorneys for the FVP Parties

**By: s/ Jennifer Mara**
Jennifer Mara, Esq.

— and —

**BRESLIN | TRIAL PRACTICE PLLC**
Jerrell Breslin, Esq. (admitted pro hac vice)
1132 SE 3rd Avenue, Ft. Lauderdale, FL 33316
754-946-5327 | Jerry@Breslin.Law

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 13, 2026, the foregoing Notice was filed electronically with the Clerk of the Court using CM/ECF, which will serve a notice of electronic filing on all parties registered to receive such notice in this case, including counsel for the Debtor, counsel for the Chapter 11 Trustee, and the Office of the United States Trustee; and that a Local Form Certification of Service will be filed as required by D.N.J. LBR 2002-1(a).

**s/ Jennifer Mara, Esq**