UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

In Re:

Avrumi Lubin, Debtor

FVP Investments LLC; FVP Opportunity Fund III, LP; and FVP Servicing, LLC, Plaintiffs
v. Avrumi Lubin, Defendant

Case No.: 26-17342-EJO

Adv. Pro. No.: 26-01315-EJO

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 10/22/2026

Judge: E. J. O'Hagan

## ADJOURNMENT REQUEST

1. I, Avrumi Lubin,

   ☐ am the attorney for: ______,

   ☒ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: FVP v. Lubin - pretrial conference only - Adv. 26-01315

   Current hearing date and time: October 22, 2026 at 10:00 a.m.

   New date requested: After Dec. 21, 2026, or Court's date

   Reason for adjournment request: Time to seek counsel and prepare; separate TRO papers due Oct. 20. Coordinate with requested answer extension. Keep Oct. 22 TRO hearing in Adv. 26-01494.

2. Consent to adjournment:

   ☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

   On October 19, 2026 at 1:52 p.m., Mr. Breslin replied to my pretrial request:

   "The FVP Parties do not consent." This adjournment request is opposed.

I certify under penalty of perjury that the foregoing is true.

Date: October 19, 2026

Signature

**COURT USE ONLY:**

The request for adjournment is:

- ☐ Granted — New hearing date: ____________ ☐ Peremptory
- ☐ Granted over objection(s) — New hearing date: ____________ ☐ Peremptory
- ☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev. 10/2021*