Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com

FILED:BANKRUPTCY:NJ
2026 OCT 19 PM4:09:18

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:
**AVRUMI LUBIN**,
Debtor.

Case No. 26-17342-EJO
Chapter 11

**FVP INVESTMENTS LLC;**
**FVP OPPORTUNITY FUND III, LP; and**
**FVP SERVICING, LLC**, Plaintiffs,
v.
**AVRUMI LUBIN**, Defendant.

Adv. No. 26-01315-EJO
Hon. Eamonn J. O'Hagan
Hearing: November 12, 2026
10:00 a.m.

---

## CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF MOTION TO EXTEND TIME

1. I am the Defendant in this adversary proceeding and the debtor in the related Chapter 11 case. I am proceeding pro se. I make this certification from personal knowledge and identify the court records on which I rely.

2. The September 17, 2026 Order, Adv. Dkt. 5, extended my deadline to respond to the Complaint to October 22, 2026 and adjourned the pretrial conference to October 22, 2026 at 10:00 a.m. Exhibit A is the complete two-page entered Order. I acknowledge that the Court previously gave me additional response time; this is not my first extension request.

3. On October 15, 2026, the Court entered an Order to Show Cause with temporary restraints in Stanziale v. Lubin, et al., Adv. No. 26-01494-EJO. The entered Order requires opposition to be filed and served by October 20, 2026 at 5:00 p.m. and sets the return date for October 22, 2026 at 10:00 a.m. Exhibit B is that Order. I have been preparing my opposition and request to modify the restraints in that separate proceeding.

4. I need additional time to review the related record and prepare my response to this Complaint while addressing those immediate obligations. I am seeking legal assistance and have not retained counsel to appear for me in this adversary proceeding. I understand that seeking counsel does not relieve me of existing deadlines.

5. On October 18, 2026 at 5:32 p.m. Eastern Time, I emailed Jennifer Mara, copying Jerrell Breslin, requesting consent to extend the response deadline through December 21, 2026. I also asked for the longest extension Plaintiffs would accept if they would not agree to that date. Exhibit C contains my request and the written response.

6. On October 19, 2026 at 9:23 a.m. Eastern Time, Mr. Breslin responded that the FVP Parties "object to any extension of the deadlines to respond to the Adversary Complaint." I therefore request relief from the Court; I do not represent that Plaintiffs consent.

7. I request a definite, 60-day response extension through December 21, 2026, or a shorter extension the Court finds appropriate. I am separately requesting an adjournment of the October 22 pretrial conference using the local form. That separate request has not been granted. This motion seeks no stay or merits ruling; existing pretrial requirements remain operative unless separately changed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Avrumi Lubin, Defendant, pro se
Dated: October 19, 2026