Avrumi Lubin, Defendant, pro se
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com

FILED-BANKRUPTCY-NJ
2026 OCT 19 14:09:3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>**AVRUMI LUBIN**,<br>Debtor. | Case No. 26-17342-EJO<br>Chapter 11 |
| **FVP INVESTMENTS LLC;**<br>**FVP OPPORTUNITY FUND III, LP; and**<br>**FVP SERVICING, LLC**, Plaintiffs,<br>v.<br>**AVRUMI LUBIN**, Defendant. | Adv. No. 26-01315-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: November 12, 2026<br>10:00 a.m. |

# MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND

## I. Authority for a request before the deadline.

Rule 9006(b)(1)(A) permits an extension for cause when requested before the existing period, including a previously extended period, expires. Rule 7012(a)(1) permits the Court to set a different time to answer. This motion seeks relief before October 22, 2026. Defendant acknowledges the prior extension in Adv. Dkt. 5. Exhibit A. This motion is based on present circumstances, including the new October 15 order to show cause.

## II. Cause for a definite extension.

The October 15 order in Adv. No. 26-01494 created an October 20 opposition deadline and an October 22 hearing. Exhibit B; Certification paragraph 3. Defendant is self-represented, is seeking legal assistance, and needs time to review the record and prepare a response while meeting those immediate obligations. Certification paragraph 4. Plaintiffs have expressly opposed any extension. Certification paragraph 6; Exhibit C. Defendant asks the Court to weigh that position against the documented new demands of the October 15 order and the need for an orderly response.

The requested 60-day period ends on December 21, 2026. It is not indefinite. No merits ruling is requested. A separate local-form request seeks adjournment of the October 22 pretrial; no change is assumed unless granted. If the requested response extension is too long, Defendant requests a shorter period the Court finds justified. His responsibility to respond does not depend on retaining counsel.

**III. Interim protection and scheduling.**

D.N.J. LBR 9013-6(a) provides an automatic interim extension for a timely extension motion in a Chapter 11 case, unless contrary Bankruptcy Code provisions, Bankruptcy Rules, Local Bankruptcy Rules, or court order apply. Defendant invokes that rule in this related Chapter 11 adversary and requests confirmation, or alternatively an interim extension under Rule 9006(b)(1)(A). If denied and the local rule applies, subsection (b) requires the action by 5:00 p.m. Eastern Time on the third business day after entry, subject to controlling court directions. A consent-request email alone supplies no extension.

Under LBR 9013-6(b), the next available hearing date is determined pursuant to LBR 9013-2. November 12, 2026 at 10:00 a.m. is on Judge O'Hagan's published Chapter 7 and 11 motion calendar. Filing and service by October 21 provide at least the 21 days required by LBR 9013-2(a)(1). The Court may reset the date. No other proceeding is affected.

**IV. Requested relief.**

Defendant requests an order extending the time to file and serve an answer, motion, or other response through December 21, 2026, or a shorter period the Court finds appropriate, with interim protection pending decision. The proposed order leaves other deadlines to separate court direction.

Respectfully submitted,

Avrumi Lubin, Defendant, pro se
Dated: October 19, 2026

# EXHIBIT A

Entered September 17, 2026 Order Extending Response Deadline
FVP v. Lubin, Adv. No. 26-01315-EJO, Dkt. 5
Complete two-page order.

**Order Filed on September 17, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN A/K/A JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Eamonn J. O'Hagan |
| FVP Investments LLC et al.,<br><br>Plaintiffs,<br>v.<br>AVRUMI LUBIN,<br>Defendant. | Adv. Pro. No.: 26-01315-EJO |

**ORDER EXTENDING RESPONSE DEADLINE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: September 17, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Debtor: AVRUMI LUBIN a/k/a JOSH LUBIN
Case No.: 26-17342-EJO
Adv. Pro.: 26-01315-EJO
Caption: **ORDER EXTENDING RESPONSE DEADLINE**

---

Upon consideration of the Motion Extend Time re: To Respond to the Complaint and for Conditional Adjournment of the Pretrial Conference [ECF No. 4] filed by Avrumi Lubin (the "Defendant"), acting *pro se*, and for good cause shown;

It is HEREBY ORDERED that:

1. The deadline to respond to the Complaint is extended to October 22, 2026.
2. The pretrial conference has been adjourned to October 22, 2026 at 10:00 a.m.

# EXHIBIT B

Entered October 15, 2026 Order to Show Cause with Temporary Relief
Stanziale v. Lubin, Adv. No. 26-01494-EJO
Complete five-page order.

Order Filed on October 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP
Patricia A. Staiano, Esq.
Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 11 Trustee
103 Eisenhower Parkway, Suite 403
Roseland, New Jersey 07068-1031
973.621.9020
pstaiano@hlgslaw.com

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11 |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Plaintiff,<br><br>vs.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br><br>Defendants. | Adv. Pro. No. 26-01494 (EJO) |

ORDER TO SHOW CAUSE WITH TEMPORARY RELIEF

The relief set forth on the following pages numbered two (2) through five (5) is hereby ORDERED.

**DATED: October 15, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

---

THIS MATTER having been presented to the Court by way of Verified Complaint (the "Verified Complaint") to extend the captioned Chapter 11 case to the following entities:

- SPIN CAPITAL, LLC ("Spin");
- TETON LIFE, LLC ("Teton Life");
- TETON FUNDING, LLC ("Teton Funding");
- TETON FUNDING GROUP, LLC ("Teton Funding Group"); and
- JL SPECIAL INVESTMENTS, LLC ("JL")

(collectively, the "Subject Entities" and, together with the Debtor, collectively the "Defendants"), and by Application for an Order to Show Cause and for Temporary Relief (the "Application") filed by Benjamin A. Stanziale, Jr., Chapter 11 Trustee (the "Trustee") for Avrumi Lubin, a/k/a Josh Lubin ("Debtor") through his attorneys, Hellring Lindeman Goldstein & Siegal LLP, requesting that the Court:

(A) schedule a final hearing to consider the requested extension of the Chapter 11 Proceedings to the Subject Entities, and

(B) grant the following preliminary injunctive relief, pending further order of this Court;

(1) to stay any litigation or enforcement of judgments against the Subject Entities;

(2) to enjoin the Debtor, and all persons and entities acting in concert with him, from taking actions in the name of the Subject Entities or collect judgments in favor of the Subject Entities, and to confirm that Trustee has the sole authority to act in the stead of the Debtor as to any management and litigation decisions regarding the Subject Entities;

(3) to enjoin Defendants and any person acting in concert with them from transferring or disposing of assets of the Subject Entities; and

(4) to direct Defendants to turn over books and records of the Debtor and the Subject Entities to the Trustee or his professionals whose retention is approved by the Court.

NOW, the Court having considered the pleadings and papers submitted in support of the Order to Show Cause, including the Verified Complaint and the Certification of Benjamin A. Stanziale, Jr., and the supporting memorandum of law, and any opposition thereto, and for good and probable cause shown;

It is now ORDERED as follows:

Defendants and any other parties wishing to be heard shall appear before the undersigned United States Bankruptcy Judge of the United States Bankruptcy Court for the District of New Jersey (the "Court") at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, N.J. 08608, Courtroom #2 (Zoom optional) on October 22, 2026 at 10:00 o'clock and show cause as to:

(A) why this Court should not enter a scheduling order relative to the Plaintiff's request for final judgment extending the Debtor' s Chapter 11 case to the Subject Entities; and

(B) why the prayed for preliminary injunctive relief should not be granted.

And good and probable cause having been shown, pending further order of this Court it is hereby ORDERED that

(1) any litigation or enforcement of judgments against the Subject Entities is hereby STAYED;

(2) the Debtor, and all persons and entities acting in concert with him, are ENJOINED from taking actions in the name of the Subject Entities or to collect judgments in favor of the Subject Entities, and it is further CONFIRMED that the Trustee has the sole authority to act in the stead of the Debtor as to any management and litigation decisions regarding the Subject Entities;

(3) Defendants and any person or entity acting in concert with them are ENJOINED from transferring or disposing of assets of the Subject Entities; and

(4) Defendants ARE DIRECTED AND ENJOINED TO turnover of books and records of the Debtor and the Subject Entities to the Trustee or his professionals whose retention is approved by the Court.

A copy of the within Order to Show Cause, Verified Complaint, Application for the Entry of an Order to Show Cause, Certification of Benjamin A. Stanziale, Jr., and Memorandum of Law in support shall be served upon the Debtor, his attorney in this bankruptcy proceeding (if any), and the other Defendants and their registered agents or managing members, by overnight mail and e-mail, where available. Copies of the pleadings shall also be served by e-mail upon Rachel Wolf, A.U.S.T. rachel.wolf@usdoj.gov, counsel for the Office of the United States Trustee, Gavriel Yitzchakov (co-owner of Teton Life) or his counsel, and all creditors or parties in interest that have filed a notice of appearance in this case.

This Order to Show Cause shall constitute original process in this adversary proceeding in lieu of a Summons.

---

Defendants and any persons or entities wishing to oppose the relief sought shall file on the docket of this adversary proceeding and serve papers upon counsel to the Trustee in opposition on or before October 20, 2026 by 5 p.m.

Any reply to such opposition shall be filed on the docket of this adversary proceeding and served by October 21, 2026 by 5 p.m.

On the return date of this Order to Show Cause, the Court shall conduct a hearing, during which it will hear oral argument and consider any and all pleadings and papers filed in support of or in opposition to the Application, and in its discretion, entertain the testimony of witnesses on behalf of the parties, upon the request of any such party.

The Defendants may move for dissolution of the restraints and other interim relief imposed by this Order to Show Cause on two (2) days' written notice to the Trustee and in accordance with Fed.R.Bankr.P. 7065.

# EXHIBIT C

October 18, 2026 consent request and October 19, 2026 refusal
Copies supplied by Defendant from Outlook.
Three pages; no attachments.

**Subject:** FVP v. Lubin, Adv. No. 26-01315-EJO — request for consent to extend response deadline
**Date:** Sunday, October 18, 2026 at 5:32:13 PM Eastern Daylight Time
**From:** Josh Lubin <josh@tetonfunding.com>
**To:** jmara@mabalaw.com <jmara@mabalaw.com>
**CC:** jb@jsjb.law <jb@jsjb.law>

Ms. Mara and Mr. Breslin,

I request Plaintiffs' consent to extend my deadline to answer or otherwise respond to the complaint from October 22, 2026, to December 21, 2026.

I am proceeding pro se and need additional time to review the substantial related record and prepare my response. I am also addressing the Trustee's October 15 order to show cause in Adv. No. 26-01494, which requires opposition by October 20 and sets a hearing for October 22.

The requested extension would allow me to address those immediate obligations and prepare a properly supported response to this complaint.

Please let me know tomorrow, October 19, whether Plaintiffs consent. If so, would you circulate a proposed consent order for prompt submission to the Court? If Plaintiffs will not consent to December 21, please identify the longest extension they would accept.

This request concerns only my response deadline in this adversary proceeding. I reserve all defenses and objections and understand that the existing deadline remains operative unless properly extended. No other deadline or hearing would change without separate court approval.

Thank you,

Josh Lubin
(732) 608-4905
josh@tetonfunding.com

---

**Subject:** RE: FVP v. Lubin, Adv. No. 26-01315-EJO — request for consent to extend response deadline
**Date:** Monday, October 19, 2026 at 9:23:10 AM Eastern Daylight Time
**From:** Jerry Breslin <jerry@breslin.law>
**To:** Josh Lubin <josh@tetonfunding.com>, jmara@mabalaw.com <jmara@mabalaw.com>
**CC:** Patricia A. Staiano <pstaiano@hlgslaw.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, ben <ben@stanzialelaw.com>, Josh Lubin <josh@spincapital.com>, josh@tetonlife.com <josh@tetonlife.com>, Alexander Sakin <alex@sakin-law.com>, Alexander P. Wentworth-Ping <awping@schlamstone.com>, alankartenlaw@gmail.com <alankartenlaw@gmail.com>, Phillip Spinella <pspinella@murraylegalpllc.com>, cmurray@legalpllc.com <cmurray@legalpllc.com>, Fred Stevens <fstevens@klestadt.com>, Keith Lee <klee@feenixpartners.com>, Tom Betts <tbetts@feenixpartners.com>
**Priority:** High

Mr. Lubin:

Please be advised that the FVP Parties object to any extension of the deadlines to respond to the Adversary Complaint.
Govern yourself accordingly.

Please use this email going forward.
Thank you.

**Respectfully,**

**Jerry Breslin, Attorney at Law**
**Email: Jerry@Breslin.Law**
**Service of Court Documents - Eservice@Breslin.Law**

**Please send and copy all Scheduling Emails to: Jean@Breslin.Law**

**Breslin | Trial Practice PLLC**
**1132 SE 3rd Avenue**
**Ft. Laud., FL 33316**
**Tel: and Fax: 754–946–5327**
**TrialPractice@Breslin.Law**
**www.JerryBreslin.com**

**Confidentiality Notice**: The information contained in this e-mail message is attorney/client privileged or confidential information intended only for use by the individual or entity named above or intended recipient if emailed in error. Both the Attorney/Client and Attorney Work product Privileges apply and any unauthorized disclosure of the contents of this communication is prohibited by law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 754–946–5327 and delete the original message. Thank you.

-----Original Message-----
From: Josh Lubin <josh@tetonfunding.com>
Sent: Sunday, October 18, 2026 5:32 PM
To: jmara@mabalaw.com
Cc: Jerry Breslin <jb@jsjb.law>
Subject: FVP v. Lubin, Adv. No. 26-01315-EJO — request for consent to extend response deadline

Ms. Mara and Mr. Breslin,

I request Plaintiffs' consent to extend my deadline to answer or otherwise respond to the complaint from October 22, 2026, to December 21, 2026.

I am proceeding pro se and need additional time to review the substantial related record and prepare my response. I am also addressing the Trustee's October 15 order to show cause in Adv. No. 26-01494, which requires opposition by October 20 and sets a hearing for October 22.

The requested extension would allow me to address those immediate obligations and prepare a properly supported response to this complaint.

Please let me know tomorrow, October 19, whether Plaintiffs consent. If so, would you circulate a proposed consent order for prompt submission to the Court? If Plaintiffs will not consent to December 21, please identify the longest extension they would accept.

This request concerns only my response deadline in this adversary proceeding. I reserve all defenses and objections and understand that the existing deadline remains operative unless properly extended. No other deadline or hearing would change without separate court approval.

Thank you,

Josh Lubin
(732) 608-4905
josh@tetonfunding.com