| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, Defendant, pro se<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>718-570-3796<br>josh@tetonfunding.com | |
| | Case No.: 26-17342-EJO |
| | Chapter: 11 |
| In Re:<br>Avrumi Lubin, Debtor.<br>FVP Investments LLC, et al. v. Avrumi Lubin | Adv. No.: 26-01315-EJO<br>Hearing Date: 11/12/2026, 10:00 a.m<br>Judge: Eamonn J. O'Hagan |

FILED:BANKRUPTCY:NJ
2026 OCT 19 PM4:10:45

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the defendant in this case and am representing myself.

2. On October 19, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Notice of motion to extend response time; Certification of Avrumi Lubin; Memorandum of Law; Exhibits A-C; and proposed order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 19, 2026

______________________
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for all Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrell Breslin, Esq.<br>Breslin Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Plaintiffs' co-counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |