**Order Filed on October 23, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>AVRUMI LUBIN A/K/A JOSH LUBIN,<br><br>Debtor. | Case No.: 26-17342-EJO<br>Chapter: 11<br>Judge: Eamonn J. O'Hagan |
| FVP Investments LLC et al.,<br><br>Plaintiffs,<br>v.<br>AVRUMI LUBIN,<br>Defendant. | Adv. Pro. No.: 26-01315-EJO |

**<u>SECOND ORDER EXTENDING RESPONSE DEADLINE</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: October 23, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon consideration of the Motion Extend Time re: To Respond to the Complaint [ECF No. 11] filed by Avrumi Lubin (the "Defendant"), acting *pro se*, and for good cause shown;

It is HEREBY ORDERED that:

1. The final deadline to respond to the Complaint is extended to November 5, 2026.

2. No further extensions will be granted.

3. The pretrial conference has been adjourned to December 3, 2026, at 10:00 a.m.