UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Debtor / Defendant, Pro Se

FILED:BANKRUPTCY:NJ
2026 OCT 29 PM5:12:

p.l.

In Re:

Avrumi Lubin

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01315-EJO |
| Hearing Date: | |
| Judge: | Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor / Defendant in this case and am representing myself.

2. On October 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Defendant's Answer and Affirmative Defenses to the Complaint to Determine Non-Dischargeability of Debt (Adv. Pro. No. 26-01315-EJO)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 29, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068<br>jmara@mabalaw.com | Counsel for Plaintiffs FVP Servicing, LLC, FVP Opportunity Fund III, LP and FVP Investments LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jerrell A. Breslin, Esq.<br>Breslin Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316<br>Jerry@Breslin.Law | Counsel for Plaintiffs (new address: Adv. Dkt. 9) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*