After review of the application of Avrumi Lubin, individually for a reduction of time for a hearing on motion to extend time to amend Answer, including interim protection in Adversary No. 26-01315-EJO under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ______________________________at ____________ in the United States Bankruptcy Court,
Courtroom No. ________.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
Plaintiffs and counsel of record, as listed on the accompanying service list;
the Chapter 11 Trustee, his counsel, and the United States Trustee.

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

______________________________________________________________________________

______________________________________________________________________________

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

❑ on the same day as the date of this order, or

❑ within ________ day(s) of the date of this Order.

5. Notice by telephone:

❑ is not required

❑ must be provided to ____________________________________________________________

❑ on the same day as the date of this Order, or

❑ within ________ day(s) of the date of this Order.