| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| 1. Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 2. Jerrell A. Breslin, Esq.<br>Breslin Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Counsel for Plaintiffs | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 3. FVP Servicing, LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 4. FVP Opportunity Fund III, LP<br>Attn: Keith Lee, Manager<br>1140 Broadway, Suite 1503<br>New York, NY 10001 | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| 5. FVP Investments LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Plaintiff | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |