**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>Defendant, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br>Chapter: 11<br>Adv. Pro. Nos.: 26-01315 (EJO), 26-01339 (EJO) and 26-01435 (EJO)<br>Hearing Date: December 3, 2026, at 10:00 a.m.<br>Judge: Hon. Eamonn J. O'Hagan |
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | |
| FVP SERVICING, LLC; FVP OPPORTUNITY FUND III, LP; and FVP INVESTMENTS LLC, *Plaintiffs*,<br>v. AVRUMI LUBIN, *Defendant*. | Adv. Pro. No. 26-01315 (EJO) |
| FRANKLIN CAPITAL GROUP, LLC and FRANKLIN CAPITAL FUNDING, LLC, *Plaintiffs*,<br>v. AVRUMI LUBIN, *Defendant*. | Adv. Pro. No. 26-01339 (EJO) |
| NICOLE TESTA MEHDIPOUR, as Chapter 7 Trustee of Excell Auto Group, Inc., *Plaintiff*,<br>v. AVRUMI LUBIN, *Defendant*. | Adv. Pro. No. 26-01435 (EJO) |

## NOTICE OF MOTION FOR A FINITE STAY OF MERITS PROCEEDINGS THROUGH FEBRUARY 1, 2027 AND FOR COORDINATED PLEADING DATES

PLEASE TAKE NOTICE that on **December 3, 2026, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Avrumi Lubin, the debtor and the defendant in each of the above-captioned adversary proceedings, appearing individually and pro se, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order under the Court's authority to manage its docket and Fed. R. Bankr. P. 7016, 7026, 7042 and 9006(b):

1. staying merits discovery, dispositive motions and trial in Adversary Proceeding Nos. 26-01315, 26-01339 and 26-01435 through February 1, 2027, when the stay will end without further order;
2. providing that, during the stay, preservation of evidence, initial disclosures, scheduled conferences, and applications about pleading deadlines, claim ownership, prosecution authority, counsel, any required permission from another court, and modification of the stay will continue;

3. setting February 1, 2027 as Lubin's date to answer or otherwise respond in Adv. No. 26-01435, and extending through February 1, 2027 his time to amend his answers in Adv. Nos. 26-01315 and 26-01339 or, alternatively, setting February 1, 2027 as his deadline to move for leave to amend; and

4. requiring Lubin to file short status reports by December 17, 2026 and January 7, 2027.

PLEASE TAKE FURTHER NOTICE that Lubin asks for this relief whether the Court grants, denies or defers his separate motion to consolidate. In the alternative, he asks for a narrower pause of dispositive motions together with the coordinated pleading dates.

PLEASE TAKE FURTHER NOTICE that this motion does not ask to stay the Chapter 11 case, Adv. No. 26-01494, or any proceeding in another court. Lubin does not claim that filing this motion changes any deadline. His earlier extension requests (Adv. No. 26-01315, ECF No. 16; Adv. No. 26-01339, ECF No. 15; Adv. No. 26-01435, ECF No. 3) are described in his certification. He asks the Court to confirm which of them remain pending and which dates apply.

PLEASE TAKE FURTHER NOTICE that Lubin relies on the accompanying Certification of Avrumi Lubin, with Exhibits S-1, S-2 and S-3, and Memorandum of Law. A proposed order is submitted. The same papers are being filed in each of the three adversary proceedings.

PLEASE TAKE FURTHER NOTICE that any opposition must be filed and served not later than 7 days before the hearing date. D.N.J. LBR 9013-2(a)(2). For the December 3, 2026 hearing, that is Wednesday, November 25, 2026, because November 26 is Thanksgiving Day. See Fed. R. Bankr. P. 9006(a). Unless opposition is filed, the motion will be decided without oral argument. D.N.J. LBR 9013-3(d)(1). A copy of this motion is being served on the Office of the United States Trustee.

Dated: November 11, 2026
Respectfully submitted,

______________________________

Avrumi Lubin, individually and pro se
605 West 42nd Street, New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com

**PACKET INDEX - MOTION C: FINITE STAY**

Packet pages below include exhibit covers. Original source pagination is unchanged.


| | |
|---|---|
| Notice of Motion | 1-2 |
| Certification of Avrumi Lubin | 3-5 |
| Exhibit S-1 - November 9, 2026 email to the Trustee | 6-7 |
| Exhibit S-2 - October 23, 2026 injunction order, ECF 21 | 8-14 |
| Exhibit S-3 - Florida briefing-extension order, ECF 500 | 15-18 |
| Memorandum of Law | 19-21 |
| Proposed Order (unsigned) | 22-24 |