Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−01315−EJO
Chapter: 0
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security No.:

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***21*** − Motion to Consolidate the following cases: 26−01335, 26−01339, and 26−01435 Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

***22*** − Motion re: for a Finite Stay of Merits Proceedings Through February 1, 2027 and for Coordinated Pleading Dates Filed by Avrumi Lubin.. (Attachments: # 1 Certification # 2 Memorandum of Law # 3 Proposed Order) (rah)

Dated: 11/16/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court