**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, Defendant, pro se<br>Mailing address: 1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: 732-608-4905<br>Email: josh@tetonfunding.com | Case No.: 26-17342-EJO<br>Chapter 11<br>Adv. Pro. No.: 26-01315-EJO<br>Hon. Eamonn J. O'Hagan |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br>FVP SERVICING, LLC, FVP OPPORTUNITY FUND III, LP, and FVP INVESTMENTS LLC,<br>Plaintiffs and Counterclaim-Defendants,<br>v.<br>AVRUMI LUBIN,<br>Defendant and Counterclaim-Plaintiff. | |

FILED-BANKRUPTCY-NJ
2026 NOV 17 PM 2:46:42

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on November 17, 2026 I served my First Amended Answer and Affirmative Defenses, with Counterclaim and Objection to Proof of Claim No. 5, by first-class United States mail, postage prepaid, addressed to the following recipients:

1. Jennifer Mara, Esq., Baldassare & Mara, LLC, 75 Livingston Avenue, Suite 101, Roseland, NJ 07068 (FVP counsel and notice recipient designated in Proof of Claim No. 5-1)
2. Jerrell A. Breslin, Esq., Breslin Trial Practice PLLC, 1132 SE 3rd Avenue, Fort Lauderdale, FL 33316-1110
3. Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950
4. Patricia A. Staiano / Matthew E. Moloshok, Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
5. Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: November 17, 2026

____________________________________

Avrumi Lubin, Individually, pro se
Mailing address: 1460 Arboretum Parkway, Lakewood, New Jersey 08701
732-608-4905 | josh@tetonfunding.com